STATE v. RAWLES

No. 218P87.

Case below: 85 N.C. App. 350.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. SALKEY

No. 286P87.

Case below: 85 N.C. App. 539.

Petition by defendant for writ of supersedeas and temporary stay denied 10 June 1987. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 10 June 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 June 1987.

STATE v. SPRINGS

No. 265P87.

Case below: 82 N.C. App. 593.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

STATE v. STANFIELD

No. 144P87.

Case below: 84 N.C. App. 459.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. TEETER

No. 327P87.

Case below: 85 N.C. App. 624.

Petition by defendant for writ of supersedeas and temporary stay denied 7 July 1987. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 7 July 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.